# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Robert Derek Lurch Jr.

_____

Write the full name of each plaintiff.

19 CV 9378

(Include case number if one has been assigned)

-against-

① The city of Ny, ② John doe officer M ③ john doe officer(s) ④ NycHHC ⑤ Treating Physician, ⑥ corner store owner, ⑦ yoonus ahmd, ⑧ Fadhle alsula man

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

# COMPLAINT

Do you want a jury trial?
☑ Yes   ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-10-19

Rev. 5/20/16

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II.    PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Robert                    D                    Lurch  Jr.
First Name              Middle Initial              Last Name

_____

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

1411909511
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

EMTC
Current Place of Detention

10-10 Hazen Street
Institutional Address

East Elmhurst              NY              11370
County, City              State              Zip Code

## III.    PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced prisoner

☐ Other: _____

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:                        —See attached —

| First Name | Last Name | Shield # |
|---|---|---|

Current Job Title (or other identifying information)

Current Work Address

| County, City | State | Zip Code |
|---|---|---|

Defendant 2:

| First Name | Last Name | Shield # |
|---|---|---|

Current Job Title (or other identifying information)

Current Work Address

| County, City | State | Zip Code |
|---|---|---|

Defendant 3:

| First Name | Last Name | Shield # |
|---|---|---|

Current Job Title (or other identifying information)

Current Work Address

| County, City | State | Zip Code |
|---|---|---|

Defendant 4:

| First Name | Last Name | Shield # |
|---|---|---|

Current Job Title (or other identifying information)

Current Work Address

| County, City | State | Zip Code |
|---|---|---|



(1) The city of New York

(2) John doe officer in - Identifying information - (A) transferred plaintiff to the hospital (B) slammed plaintiff on metal bench outside corner store (C) was present in hospital with plaintiff before he was relieved by officer McDuffie and officer Seanbaptiste (D) name is mond or starting letters of name is similar (E) officer is caucasian skin complexion and under 40 (or appears to be)

(3) John doe officer(s) - Identifying information - (A) officers who responded to the scene

(4) Nyc HHC - Identifying information - (A) Kings county hospital

(5) Treating Physician - Identifying information - (A) treating physician for jeremy williams on Aug 17, DOB (Real name Robert Derek Luka Jr./ see attached hospital wristband)

(6) Corner store owner - Identifying information - (A) owner of corner store. located on the corner of Saratoga and Fulton Street (Brooklyn, ny) (B) owner of store on 1961 Fulton street (Brooklyn, ny)

(7) Younus ahmed - Identifying information - (A) corner store employee (B) store address: 1961 Fulton street

(8) Fadhle alsula man - Identifying information - (A) corner store employee (B) store address: 1961 Fulton street

See Attached (hospital wristband) —



## V. STATEMENT OF CLAIM

Place(s) of occurrence: 1961 Fulton Street (corner store/Brooklyn NY), Kings County hospital (Brooklyn, NY)

Date(s) of occurrence: Aug 16 2019 (10 PM) - Aug 17 2019 (4am)

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

-See Attached-

## Facts of the Incident

Between the dates of August 16 to August 17 between the hours of 10 pm (Aug. 16) to 2 am (Aug. 17), I entered a Bodega corner store on Saratoga and Fulton ave in Brooklyn, New York. I initially entered the store with the intentions of using the phone that was in the establishment (with permission) to call someone I knew from the neighborhood.

Immediately as I entered the store, I asked the person behind the register (a middle age man that was probably of middle eastern decent) to use the phone. He honored my request and informed me, I have to be quick. I notified him that Im calling a female, Ill try to make it short.

The middle age man told me its okey and handed me the phone. Once I received the phone, I proceeded to call the female.

As the female and I conversated, people entered and exited the corner store. While I was on the phone, out of nowhere, the man behind the register got angry for no reason and instructed me to get off the phone.

I complied and gave him the phone. During the period of time between me hanging up and shortly after the man behind the register, received the phone, a young man behind the counter (that was beside the middle age man) threatened me with a bat by brandishing it and threatening to use it.

Of course I was angry at this person words and informed them that theyre not hitting me with a bat. Determined to assault me, these two store employees came from behind the counter by opening a door that surrounded the register and proceeded to swing a bat at me. This altercation continued all the way through the store's front door and abruptly stopped when I was hit in the head with the bat and the cops showed up. The cops that responded to the first incident (2 caucasian officers) informed

they saw the whole confrentation that occurred on the outside and do I want to press charges against the store's employees. I politely declined and told the officers in a few words that basically I'm good (even though I wasn't). I walked away forgetting I left my verizon bag with my personal information, like my wallet, outside in front of the store.

Shortly after I left the store, I met up with my lady friend and at that moment I realized that I no longer had my bag with me.

When I returned to the store to retrieve my bag (because at the time I wasn't aware that it was located outside the store), I was verbally threatened by the middle age man behind the counter in a nonchalant way. He taunted me by stating something to the effect of "you came back for more", this was said in front of my lady friend because she accompanied me.

I knew this employee uttered this statement to embarrass me in front of my lady friend, so I spitefully knocked merchandise off the counter that wouldn't break or be affected by my actions but would take long to clean up. The employee acted like he wasn't bothered by my act of revenge, so I knocked more merchandise to the floor that wouldn't be damaged (this time from the aisleof the store).

While I was trying to tip the rack that held the merchandise over, I seen the employees gathering sticks and bats then running full force towards the other side of the counter enclosure. The other side of the enclosure was an easier exit route, that the employees could use to get from behind the counter, so I ran to the enclosure exit to prevent the employees from chasing me and forcefully hitting me with their weapons.

I tried to disarm the first employee that exited the enclosure's exit with a bat by trying to grab the bat while throwing him to the ground, however, the blows delivered by the second employee (that was armed with a stick) to the back of my head minimized my efforts due to the damage it caused to my head.

As I went back and forth trying to disarm these two employees, I started to lose conciousness because of the injuries I was sustaining due to the impact of the weapons so I made my way out the store while trying not to get hit too hard by the weapons that was striking me.

Once I finally made it out the store, I was bleeding from head to toe and my clothes was drenched with blood. As soon as I turned on Fulton, I encountered the police and was detained.

While I was detained and shortly after I was arrested (because the store employees decided to press charges) the officers on scene allowed the female I was with to assault me while I was handcuffed. When I tried to defend myself from being assaulted while handcuffed, the officer that rode with me to the hospital in the ambulance, slammed my face on a bench and slammed it into the bench. As this was going on, the female continued to assault me.

Subsequently, I was transported to the hospital in an ambulance with the caucasian officer that assaulted me while handcuffed. I was then stitched and glued up by a doctor due to the injuries I sustained and released to police custody without receiving any pain medication. I was admitted to the hospital under the alias Jeremy Williams because I was afraid to give my real name to the EMTs due to legal reasons.

# Right to be Free From Excessive Force

The plaintiff has a fourth amendment right to be free from excessive force. The plaintiff was not afforded this right when he had his face slammed into a metal bench while handcuffed by a NYPD officer and had his face smashed into this same metal bench by this officer while the officer allowed a citizen to attack the plaintiff by striking him in the head with closed fist while being held down on this bench by this officer.

This officers actions was not reasonable due to the fact that the plaintiff was only slammed after he was forced to defend himself from a hostile female citizen while handcuffed. The plaintiff did not resist arrest nor was he placed into a police car for his safety after being detained, even though the NYPD knew he was a victim of a violent assault, prior to being assaulted by this female citizen.

If these precautions were taken, which they should of been since the plaintiff was covered in blood (from head to toe), the plaintiff would of never been further insured by NYPD or another citizen. Furthermore this officers actions was unreasonable because instead of slamming the plaintiff causing further insures to his head, this officer could of just restrained the hostile citizen that was attacking the plaintiff while handcuffed.


Parties liable: John doe officer (Last name starts with an M and this officer transported me in ambulance). The city of New York

## Failure to Intervene

Officers that responded to the scene observed a fellow officer slam me onto a metal bench(face first) and smash my head into the bench I was slammed into, while handcuffed.

Now, the officers couldn't anticipate that the officer that slammed me into the metal bench, would conduct himself in that manner, prior to the attack, however, once this officer exhibited this type of conduct, these officers were on alert that this officer might potentially attack the plaintiff again and was suppose to intervene to prevent any further harm.

Part as liable: The City of New York, John Doe officers

## Failure to Protect

When NYPD decided to detain the plaintiff by physically grabbing him and arresting the plaintiff by handcuffing him they had a duty to protect the plaintiff by ensuring his safety while in their custody. These defendants failed to uphold this duty when they allowed a female citizen to attack the plaintiff while in their custody.

Prior to the plaintiff being arrested and while he was still being detained a female citizen that was with the plaintiff when he was assaulted by the corner store employees, began to allege that the plaintiff verbally threatened her.

The officers on scene failed to investigate her complaint and this female became hostile towards the plaintiff and the officers.

At that moment the officers handcuffed the plaintiff but failed to remove the belligerent female from the scene. Even though this female citizen seemed to have an issue with the plaintiff prior to him being arrested and exhibited a pugnacious demeanor.

Consequently due to these defendants failure to prevent a foreseeable violent conflict between the plaintiff and this hostile female citizen while being handcuffed this hostile female attacked the plaintiff after he was basically rendered defenseless by NYPD restraints she did this by striking the plaintiff in his head with her closed fist over so times while the plaintiff was standing handcuffed and while he was being restrained by an NYPD officer on a bench after he was slammed forcefully.

Parties Name: The city of New York, John doe officers

assualt and battery

The two corner store employee defendants Younus ahmed and
Fadhle alsolaiman on the dates and times described in the facts
of the Incident did brandish a metal bat, threaten to Injure the
plaintiff with It, unlatched a door to exit the counter enclosure
that prevented customers and employees from making phisical contact
other than to exchange money to enforce their criminal threat and
proceeded to attack the plaintiff. The plaintiff defended himself to
the best of his ability, however because weapons were used to strike
the plaintiff, I still sustained numerous Injuries.

These defendants committed this act twice in the space of
one hour. During the second attack one defendant used a heavy
wooden stick while the other wielded a metal bat.

Parties liable: ① corner store owner, ② younus ahmed and ③
Fadhle alsolaiman.

CLAIM # 6

cruel and unusual punishment

under the 8th amendment

Between the dates of Aug.16,2019 to Aug.17,2019 and between the hours of 10.pm to 4.Am, I Entered 1961 Fulton street(a convenience store) and politely asked to use the phone. The employee behind the register said "ok" and handed me the phone. once I received the device, I proceeded to make a call.

After my call connected and I started talking, the employee that handed me the phone, Informed me not to be all day on the phone. I shook my head up and down gesturing that I understand and continued talking. a couple minutes after I started my conversation, the store employee who handed me the phone, rudely informed me to end my conversation; Immediately. when I didn't comply right away, I was threatened with a bat and shortly after that I was assaulted with.

The treatment that I received from this establishment was cruel and unusual. I was assaulted with a bat for not immediately getting off of a phone that I was given permission to use.

Subsequently. Even when I tossed merchandise off the counter after I was threatened by these employees, they wasn't justified by my actions to assault me with bats and sticks. The merchandise didn't break, I didn't steal anything and IF they wanted to take action/legally they were only allowed by law to call the police, not assault me with bats and sticks. Their actions were barbaric and uncivilized.

Parties Liable: ① corner store owner ② younas ahmed and ③ Fadhle alsalaman.

Denial of adequate

Medical care

After I sostained severe Injuries to my head and body because I was assaulted by several weapons a female citizen and a police officer, I was taken my Kings county hospital and received stiches then I was discharged.
I did not receive an xray of a ct scan neither was I given pain mediation For my injuries. Because of the souce of the Injuries I suffered, I was suprise to receive both medical treatment. However because these defendents Failed to do so, I was denied adequate medical care.

Parties Liable: NYCHHC, A treating physician

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I suffered injuries to my head, arms, knees that healed but left scars and during the healing process I endured severe pain. I sustained lacerations to my forehead that required stitches and glue to close the wounds. I also had bumps and bruises all over my body that took weeks to subside and for my physical appearance to return to normal. Furthermore, I suffered physical and mental trauma.

**VI.   RELIEF**

State briefly what money damages or other relief you want the court to order.

① I'm suing the city of New York and NYCHHC for compensatory damages in the amount of $10 million dollars each and ② I'm suing each individual defendant for compensatory and punitive damages in the amount of $5 million dollars each

Page 5

## VII.    PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

**Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.**

| 9/26/2019 | | |
| --- | --- | --- |
| **Dated** | | **Plaintiff's Signature** |

| Robert | D | Lurch |
| --- | --- | --- |
| **First Name** | **Middle Initial** | **Last Name** |

PO BOX 540807
**Prison Address**

| Bronx | NY | 10454 |
| --- | --- | --- |
| **County, City** | **State** | **Zip Code** |

**Date on which I am delivering this complaint to prison authorities for mailing:**    9/26/2019

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Robert Derek Lorch Jr.

(full name of the plaintiff or petitioner applying (each person
must submit a separate application))

-against-

_____ CV _____ ( ) ( )

(Provide docket number, if available; if filing this with
your complaint, you will not yet have a docket number.)

" See Front Page of complaint "

(full name(s) of the defendant(s)/respondent(s))

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings
and I believe that I am entitled to the relief requested in this action. In support of this application to
proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are
true:

1. *Are you incarcerated?*   ☑ Yes   ☐ No   (If "No," go to Question 2.)

   I am being held at:   EMTC

   Do you receive any payment from this institution?   ☐ Yes   ☑ No

   Monthly amount: _____

   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization"
   directing the facility where I am incarcerated to deduct the filing fee from my account in installments
   and to send to the Court certified copies of my account statements for the past six months. *See* 28
   U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed?   ☐ Yes   ☑ No

   If "yes," my employer's name and address are:

   _____

   Gross monthly pay or wages: _____

   If "no," what was your last date of employment?   Never employed for more than 4 days

   Gross monthly wages at the time: _____

3. In addition to your income stated above (which you should not repeat here), have you or anyone else
   living at the same residence as you received more than $200 in the past 12 months from any of the
   following sources? Check all that apply.

   (a) Business, profession, or other self-employment   ☐ Yes   ☑ No
   (b) Rent payments, interest, or dividends   ☐ Yes   ☑ No

(c) Pension, annuity, or life insurance payments   ☐ Yes   ☑ No

(d) Disability or worker's compensation payments   ☐ Yes   ☑ No

(e) Gifts or inheritances   ☐ Yes   ☑ No

(f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.)   ☐ Yes   ☑ No

(g) Any other sources   ☑ Yes   ☐ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

4.  How much money do you have in cash or in a checking, savings, or inmate account?

    24 ¢

5.  Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:   NO

6.  Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

    NO

7.  List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

    NONE

8.  Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:   NO

*Declaration:*  I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

| 9/28/2019 | | |
|---|---|---|
| **Dated** | **Signature** | |
| Lorch, Robert D. | 14119-04511 | |
| **Name (Last, First, MI)** | **Prison Identification # (if incarcerated)** | |
| PO BOX 540807 | Bronx | 10454 |
| **Address** | **City** | **State**     **Zip Code** |
| **Telephone Number** | **E-mail Address (if available)** | |

IFP Application, page 2

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

2019 OCT 10 PM 9: 54

Robert Derek Lorch Jr.
(full name of the plaintiff/petitioner)

-against-

CV _____ ( ) ( )

(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

"See Front Page of complaint"

(full name(s) of the defendant(s)/respondent(s))

## PRISONER AUTHORIZATION

By signing below, I acknowledge that:

(1) because I filed this action as a prisoner,[1] I am required by statute (28 U.S.C. § 1915) to pay the full filing fees for this case, even if I am granted the right to proceed *in forma pauperis* (IFP), that is, without prepayment of fees;

(2) the full $350 filing fee will be deducted in installments from my prison account, even if my case is dismissed or I voluntarily withdraw it.

I authorize the agency holding me in custody to:

(1) send a certified copy of my prison trust fund account statement for the past six months (from my current institution or any institution in which I was incarcerated during the past six months);

(2) calculate the amounts specified by 28 U.S.C. § 1915(b), deduct those amounts from my prison trust fund, and disburse those amounts to the Court.

This authorization applies to any agency into whose custody I may be transferred and to any other district court to which my case may be transferred.

9/26/2019
Date

Signature

Lorch, Robert D.                              141190451
Name (Last, First, MI)                        Prison Identification #

_____
Address                    City              State       Zip Code

---

[1] A "prisoner" is "any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms or conditions of parole, probation, pretrial release, or diversionary program." 28 U.S.C. § 1915(h).

SDNY Rev. 10/26/16

Declaration of Person In support

of IFP application

I, Robert Deren Lurch III declare under the penalty of perjury
that the following information below is true and correct

✱ ON Jan 29, 2019 I received $65,000 as part of a settlement
agreement however due to bad financial decisions I no longer
have any funds left from that settlement of any other sources.

Executed on Sept 28, 2019      Name: Robert Deren Lurch Jr

Signature: _____      Address: 10 10 hazen street

City: East Elmhurst      State: NY      Zip Code: 11370

NYCHHC records

Kings county ho[s]

NYCDOC Health cl[...]

# MEDICal Records

## Exhibits

9. to oct.

2019

NYC HHC (NYCD
Health clinic

"EXHIBIT A"

Wound Care Records

"For Injury (laceration to right side
of the face) caused by john doe
officer M slamming plantiff's face
Into a bench"

Aug
2019



NYC
HEALTH+
HOSPITALS | **Correctional Health Services**

Central Operations, 10-01 Hazen Street, East Elmhurst, NY 11370, (347) 774-7000

| PATIENT NAME: | LATEST BOOK AND CASE#: |
|---|---|
| ROBERT LURCH | 1411904511 |
| **NYSID:** | **PATIENT FACILITY:** |
| 12684777N | EMTC |

**08/20/2019 - Nursing:  " I NEED WOUND CARE FOR THE WOUND ON MY FOREHEAD."**
**Provider: Kimberly Sue MD**
**Location of Care: Correctional Health Services**

## NU - VITAL SIGNS
**Previous Height:** 69 (08/18/2019 10:13:17 AM)    **Previous Weight:** 153 (08/18/2019 10:13:17 AM)
**BMI:** 22.68   **Sitting BP:** 109 / 68
**Temperature:** 97.8    **Temperature site:** Oral
**Pulse rate:** 62    **Pulse rhythm:** Regular
**Respirations:** 15   **Respiration Type:** Regular
  **Pulse Ox%** 99   **Room Air:** YesVital Signs Notes: VITALS PERFORMED BY B.JAMES, LPN

## MED - Sick Call Visit
Chief Complaint/Reason for Visit: **" I NEED WOUND CARE FOR THE WOUND ON MY FOREHEAD."**
History of Present Illness: **28M requesting wound care order for small right laceration on forehead**
**reportedly from getting hit in the head with a bat on Friday 8/16/19. Pt reports history of going to**
**King's County where he was reportedly sutured and CT/X-ray head were done. Pt does not know**
**the results of these. He states he was no given pain medication or wound care since he has been**
**incarcerated. Requesting wound care order.**

## MED - Physical Examination
General
**General Appearance:** Well-developed, Well-Hydrated, Appears stated age, Thin
**General Examination Notes:** Increasingly agitated and angry throughout the exam process
**HEENT: Notes** 2cm abrasion visible above right eye, c/d/i, scant blood
Mental Status
**Mood & Affect:** Agitated

## Assessment and Plan
**Assessment and Plan**
**Problem # 1:**
Laceration without foreign body of unspecified part of head - initial encounter (ICD-873.8) (ICD10-
S01.91xA)
Pt beccame extremely agitated, asking for wound care order at request of LPN James
- will place wound care order to clean and apply dry dressing x 5 days

Pt agitated,wanting to take/write the names of previous providers down, when upon review of notes that



**Central Operations, 10-01 Hazen Street, East Elmhurst, NY 11370, (347) 774-7000**

| PATIENT NAME:<br>ROBERT LURCH | LATEST BOOK AND CASE#:<br>1411904511 |
|---|---|
| NYSID:<br>12684777N | PATIENT FACILITY:<br>EMTC |

his head CT and x-ray were reproted negative from King's County, pt became extremely agitated, wanting to take down names of this provider and previous providers, for his attorney, pt was instructed to call 311 or to call his attorney.
Visit terminated with help of CO

**Allergy Review * HALADOL (Critical)**

Allergies reviewed: YES

**Summary**
Added new Service order of Nursing Order - Wound Care (WOUNDCARE) - Signed
**Existing Meds**
IBUPROFEN 400 MG (MOTRIN 400 MG) (IBUPROFEN) 400 mg twice a day; Route: ORAL

**Electronically signed by Kimberly Sue MD on 08/20/2019 at 1:21 PM**

**08/20/2019 - MH Initial MH Asmt and Tx Plan: MH - Initial Mental Health Assessment and Treatment Plan**
**Provider: Bianca Morisset**
**Location of Care: Correctional Health Services**

**MH - Initial Mental Health Assessment and Treatment Plan**
**Patient:**
ROBERT LURCH
**DOB:**
11/28/1990
**Age:**
28 Years Old
**Book & Case #:**
1411904511
**NYSID:**
12684777N
**Facility:**



**Correctional Health Services**

Central Operations, 10-01 Hazen Street, East Elmhurst, NY 11370, (347) 774-7000

| PATIENT NAME:<br>ROBERT LURCH | LATEST BOOK AND CASE#:<br>1411904511 |
|---|---|
| NYSID:<br>12684777N | PATIENT FACILITY:<br>EMTC |

*Imported By: Elizabeth Ogaldez 8/27/2019 12:12:57 PM*

```
External Attachment:

  Type:     Image
  Comment:  External Document
```

**Signed before import by Elizabeth Ogaldez**
**Filed automatically on 08/27/2019 at 12:13 PM**

**08/21/2019 - Nursing: NU - Wound Care**
**Provider: Bernadette James**
**Location of Care: Correctional Health Services**

## NU - Wound Care

ROBERT LURCH

BKDC

### Wound Care 1
**Description (Wound 1):** Laceration
**Location (Wound 1):** Anterior, Face, RIGHT SIDE
**Drainage (Wound 1):** Moderate, Sanguinous
**Wound Bed (Wound 1):** Granulation tissue
**Wound Margins (Edges) (Wound 1):** Attached
**Pain  (Wound 1):** At site, Only when touched

### Wound Care Flowsheet

### NU - VITAL SIGNS
**Previous Height:** 69 (08/18/2019 10:13:17 AM)   **Previous Weight:** 153 (08/18/2019 10:13:17 AM)
**BMI:** 22.68   **Sitting BP:**  112 / 69
**Temperature:** 97.6   **Temperature site:**  Oral
**Pulse rate:** 60   **Pulse rhythm:**  Regular
**Respirations:** 16  **Respiration Type:**  Regular



**Correctional Health Services**

Central Operations, 10-01 Hazen Street, East Elmhurst, NY 11370, (347) 774-7000

| PATIENT NAME: | LATEST BOOK AND CASE#: |
|---|---|
| ROBERT LURCH | 1411904511 |
| NYSID: | PATIENT FACILITY: |
| 12684777N | EMTC |

## NU - Wound Care

ROBERT LURCH

BKDC

### Wound Care 1
**Description (Wound 1):** Laceration
**Location (Wound 1):** Anterior, Face
**Drainage (Wound 1):** None
**Wound Bed (Wound 1):** Granulation tissue
**Wound Margins (Edges) (Wound 1):** Attached
**Pain  (Wound 1):** At site, Only when touched

### Wound Care Flowsheet

### NU - VITAL SIGNS
**Previous Height:** 69 (08/18/2019 10:13:17 AM)   **Previous Weight:** 153 (08/18/2019 10:13:17 AM)
**BMI:** 22.68   **Sitting BP:** 109 / 68
**Temperature:** 97.8    **Temperature site:** Oral
**Pulse rate:** 62   **Pulse rhythm:** Regular
**Respirations:** 16   **Respiration Type:** Regular
  **Pulse Ox%** 99   **Room Air:** Yes

Electronically signed by Bernadette James on 08/20/2019 at 3:02 PM

---

**08/20/2019 - Lab Report: Chlamydia/N. Gonorrhea CT/GC PCR Urine**
**Provider: Lourdes Cantor PA**
**Location of Care: Correctional Health Services**

```
Patient: ROBERT  LURCH
ID: BIOR 108064988
Note: All result statuses are Final unless otherwise noted.

Tests: (1) Chlamydia/N. Gonorrhea CT/GC PCR Urine (L344-1)
   C trach rRNA Ur Ql N     Not Detected            Not Detected       *1
NOTE: The cobas (R) Chlamydia trachomatis (CT)/Neisseria gonorrhoeae (NG) v2.0
      using the cobas (R) 4800 or Chlamydia trachomatis (CT)/Neisseria
gonorrhoeae
        (NG) on the cobas (R) 8800 detects DNA using Polymerase Chain Reaction
```



NYC
HEALTH+
HOSPITALS | **Correctional Health Services**

Central Operations, 10-01 Hazen Street, East Elmhurst, NY 11370, (347) 774-7000

| PATIENT NAME: | LATEST BOOK AND CASE#: |
|---|---|
| ROBERT LURCH | 1411904511 |
| **NYSID:** | **PATIENT FACILITY:** |
| 12684777N | EMTC |

```
        (PCR) technology; the assay is FDA cleared for urine and swab samples.
  N gonorrhoea rRNA U       Not Detected            Not Detected       *2
NOTE: The cobas (R) Chlamydia trachomatis (CT)/Neisseria gonorrhoeae (NG) v2.0
      using the cobas (R) 4800 or Chlamydia trachomatis (CT)/Neisseria
gonorrhoeae
        (NG) on the cobas (R) 8800 detects DNA using Polymerase Chain Reaction
      (PCR) technology; the assay is FDA cleared for urine and swab samples.

Note: An exclamation mark (!) indicates a result that was not dispersed into
the flowsheet.
Document Creation Date: 08/20/2019 1:27 PM
```

---

```
(1) Order result status: Final
Collection or observation date-time: 08/20/2019 13:22
Requested date-time: 08/18/2019 13:45
Receipt date-time: 08/18/2019 21:02
Reported date-time: 08/20/2019 13:21
Referring Physician:
Ordering Physician: CHARLES ONICA (charleso1)
Specimen Source:
Source: BIOR
Filler Order Number: 108064988
Lab site: BioReference Laboratories, Inc.
Producer ID *1:NJ1
Producer ID *2:NJ1
```

**Electronically signed by Lourdes Cantor PA on 08/20/2019 at 2:43 PM**

---

**08/20/2019 - Lab Report: QFT- TB GOLD PLUS**
**Provider: Lourdes Cantor PA**
**Location of Care: Correctional Health Services**

```
Patient: ROBERT  LURCH
ID: BIOR 108065091
Note: All result statuses are Final unless otherwise noted.

Tests: (1) QFT- TB GOLD PLUS (T814-3)
   M TB IGNF Bld Ql        NEGATIVE              NEGATIVE       *1
   Gamma interferon bg     0.01 IU/mL                           *2
   M TB IGNF bckgrd cor    0.00 IU/ml                           *3
 ! COMP.TB2 AG-NIL VALU    0.00 IU/ml                           *4
   Mitogen IGNF bckgrd     3.35 IU/ml                           *5
```



**NYC HEALTH+ HOSPITALS | Correctional Health Services**

Central Operations, 10-01 Hazen Street, East Elmhurst, NY 11370, (347) 774-7000

| **PATIENT NAME:** | **LATEST BOOK AND CASE#:** |
|---|---|
| ROBERT LURCH | 1411904511 |
| **NYSID:** | **PATIENT FACILITY:** |
| 12684777N | EMTC |

**Description (Wound 1):** Other
**Location (Wound 1):** Face
**Length (cm) (Wound 1):** 2
**Width (cm) (Wound 1):** 0.5
**Drainage (Wound 1):** None
**Pain  (Wound 1):** None

## Wound Care Flowsheet

Electronically signed by Jo Maslow on 08/23/2019 at 5:35 PM

08/22/2019 - Nursing: NU - Wound Care
Provider: Bernadette James
Location of Care: Correctional Health Services

## NU - Wound Care

ROBERT LURCH

BKDC

### Wound Care 1
**Description (Wound 1):** Laceration
**Location (Wound 1):** Face, RIGHT SIDE
**Drainage (Wound 1):** Moderate, Sanguinous
**Wound Bed (Wound 1):** Granulation tissue
**Pain  (Wound 1):** At site, Only when touched

## Wound Care Flowsheet

## NU - VITAL SIGNS
**Previous Height:** 69 (08/18/2019 10:13:17 AM)  **Previous Weight:** 153 (08/18/2019 10:13:17 AM)
**BMI:** 22.68  **Sitting BP:** 122 / 69
**Temperature:** 97.1  **Temperature site:** Oral
**Pulse rate:** 60  **Pulse rhythm:** Regular
**Respirations:** 15  **Respiration Type:** Regular
**Pulse Ox%** 97  **Room Air:** Yes



NYC HEALTH+HOSPITALS | Correctional Health Services

Central Operations, 10-01 Hazen Street, East Elmhurst, NY 11370, (347) 774-7000

| **PATIENT NAME:** | **LATEST BOOK AND CASE#:** |
|---|---|
| ROBERT LURCH | 1411904511 |
| **NYSID:** | **PATIENT FACILITY:** |
| 12684777N | EMTC |

---

**08/24/2019 - Nursing: NU - Wound Care**
**Provider: Kinniece Pearson**
**Location of Care: Correctional Health Services**

## NU - Wound Care

ROBERT LURCH

BKDC

### Wound Care 1
**Description (Wound 1):** Laceration
**Location (Wound 1):** Face
**Drainage (Wound 1):** None
**Wound Bed (Wound 1):** Granulation tissue
**Pain  (Wound 1):** None

### Wound Care Flowsheet

**Electronically signed by Kinniece Pearson on 08/24/2019 at 11:43 AM**

---

**08/23/2019 - Nursing: NU - Wound Care**
**Provider: Jo Maslow**
**Location of Care: Correctional Health Services**

## NU - Wound Care

ROBERT LURCH

BKDC

### Wound Care 1



**Correctional Health Services**

Central Operations, 10-01 Hazen Street, East Elmhurst, NY 11370, (347) 774-7000

| PATIENT NAME:<br>ROBERT LURCH | LATEST BOOK AND CASE#:<br>1411904511 |
|---|---|
| NYSID:<br>12684777N | PATIENT FACILITY:<br>EMTC |

WITHOUT FOREIGN BODY OF UNSPECIFIED PART OF HEAD, INITIAL ENCOUNTER - Signed
Rx of HYDROCORTISONE 1% OINTMENT 30 GM 30 GM (HC OINT 30 GM) (HYDROCORTISONE)
topical to affected area twice a day; Route: EXTERNAL  #1 x 0;  Signed;  Entered by: Latoya Betton NP;
Authorized by: Latoya Betton NP;  Method used: Handwritten; Note to Pharmacy: Route: EXTERNAL;

**Electronically signed by Latoya Betton NP on 08/26/2019 at 11:36 AM**

**08/26/2019 - Housing: Location Change (BKDC 8B)**
**Provider: LinkLogic**
**Location of Care: CHS**

Location has been changed from BKDC 6B to BKDC 8B
**08/25/2019 - Nursing: NU - Wound Care**
**Provider: Kinniece Pearson**
**Location of Care: Correctional Health Services**

## NU - Wound Care

ROBERT LURCH

BKDC

## Wound Care 1
**Description (Wound 1):** Laceration
**Location (Wound 1):** Face
**Drainage (Wound 1):** None
**Wound Bed (Wound 1):** Granulation tissue
**Wound Margins (Edges) (Wound 1):** Approximated
**Pain  (Wound 1):** None

## Wound Care Flowsheet

**Electronically signed by Kinniece Pearson on 08/25/2019 at 10:23 AM**



**Correctional Health Services**

Central Operations, 10-01 Hazen Street, East Elmhurst, NY 11370, (347) 774-7000

| PATIENT NAME: | LATEST BOOK AND CASE#: |
|---|---|
| ROBERT LURCH | 1411904511 |
| **NYSID:** | **PATIENT FACILITY:** |
| 12684777N | EMTC |

Electronically signed by Bernadette James on 08/27/2019 at 1:24 PM

---

**08/26/2019 - Nursing: NU - Wound Care**
**Provider: Bernadette James**
**Location of Care: Correctional Health Services**

## NU - Wound Care

ROBERT LURCH

BKDC

### Wound Care 1
**Description (Wound 1):** Laceration
**Location (Wound 1):** Face, RIGHT SIDE
**Drainage (Wound 1):** None
**Wound Bed (Wound 1):** Granulation tissue
**Pain  (Wound 1):** None

### Wound Care Flowsheet

### NU - VITAL SIGNS
**Previous Height:** 69 (08/18/2019 10:13:17 AM)    **Previous Weight:** 153 (08/18/2019 10:13:17 AM)
**BMI:** 22.68   **Sitting BP:** 117 / 65
**Temperature:** 98.3   **Temperature site:** Oral
**Pulse rate:** 76    **Pulse rhythm:** Regular
**Respirations:** 15  **Respiration Type:** Regular
   **Pulse Ox%** 99   **Room Air:** Yes

Electronically signed by Bernadette James on 08/26/2019 at 12:12 PM

---

**08/26/2019 - Sick Call: FAST TRACK Right facial healing laceration**
**Provider: Latoya Betton NP**
**Location of Care: CHS**



**Correctional Health Services**

Central Operations, 10-01 Hazen Street, East Elmhurst, NY 11370, (347) 774-7000

| **PATIENT NAME:** | **LATEST BOOK AND CASE#:** |
|---|---|
| ROBERT LURCH | 1411904511 |
| **NYSID:** | **PATIENT FACILITY:** |
| 12684777N | EMTC |

## MED - Sick Call Visit
**FAST TRACK**
Chief Complaint/Reason for Visit: **Right facial healing laceration**
History of Present Illness: **wound re-evaluation to right side of forehead. Patient will receive an additional two days of wound care. No acute distress noted.**

## MED - Physical Examination
General
**General Appearance:** No Acute Distress, Appears stated age
**HEENT: Eyes** PERRLA, Conjunctiva Clear
Skin
**Inspection:** Laceration(s)
**Laceration (Location & Size):** heling laceration to the right side of face
Respiratory
**Respiratory Effort:** No respiratory distress
**Auscultation:** Clear to auscultation bilaterally
Cardiovascular
**Auscultation:** Normal S1 + S2
Musculoskeletal
**Gait & Station:** Normal
Mental Status
**Judgement & Insight:** Good
**Mood & Affect:** Normal affect

**\* HALADOL (Critical)**

Allergies reviewed: **YES**

**Summary**
**Assessed Laceration without foreign body of unspecified part of head, initial encounter as unchanged**
Added new Service order of Nursing Order - Wound Care (WOUNDCARE) - Signed
Added new medication of HYDROCORTISONE 1% OINTMENT 30 GM 30 GM (HC OINT 30 GM)
(HYDROCORTISONE) topical to affected area twice a day; Route: EXTERNAL Indications: LACERATION



**Correctional Health Services**

Central Operations, 30-01 Hazen Street, East Elmhurst, NY 11370, (347) 774-7000

| PATIENT NAME: | LATEST BOOK AND CASE#: |
|---|---|
| ROBERT LURCH | 1411904511 |
| **NYSID:** | **PATIENT FACILITY:** |
| 12684777N | EMTC |

## NU - VITAL SIGNS
**Previous Height:** 69 (08/18/2019 10:13:17 AM)   **Previous Weight:** 153 (08/18/2019 10:13:17 AM)
**BMI:** 22.68   **Sitting BP:** 132 / 80
**Temperature:** 97.7   **Temperature site:** Oral
**Pulse rate:** 84   **Pulse rhythm:** Regular
**Respirations:** 15 **Respiration Type:** Regular
   **Pulse Ox%** 97   **Room Air:** Yes

**Electronically signed by Bernadette James on 08/28/2019 at 2:10 PM**

---

**08/27/2019 - Nursing: NU - Wound Care**
**Provider: Bernadette James**
**Location of Care: Correctional Health Services**

## NU - Wound Care

ROBERT LURCH

BKDC

## Wound Care 1
**Description (Wound 1):** Laceration, Other
**Please describe other kind of wound (Wound 1):** HEALING LACERATION
**Location (Wound 1):** RIGHT SIDE
**Drainage (Wound 1):** Sanguineous, Scant
**Wound Bed (Wound 1):** Granulation tissue
**Pain  (Wound 1):** None

## Wound Care Flowsheet

## NU - VITAL SIGNS
**Previous Height:** 69 (08/18/2019 10:13:17 AM)   **Previous Weight:** 153 (08/18/2019 10:13:17 AM)
**BMI:** 22.68   **Sitting BP:** 133 / 71
**Temperature:** 97.8   **Temperature site:** Oral
**Pulse rate:** 74   **Pulse rhythm:** Regular
**Respirations:** 16 **Respiration Type:** Regular
   **Pulse Ox%** 98   **Room Air:** Yes



**NYC HEALTH+ HOSPITALS | Correctional Health Services**

Central Operations, 10-01 Hazen Street, East Elmhurst, NY 11370, (347) 774-7000

| **PATIENT NAME:** ROBERT LURCH | **LATEST BOOK AND CASE#:** 1411904511 |
|---|---|
| **NYSID:** 12684777N | **PATIENT FACILITY:** EMTC |

ROBERT LURCH

BKDC

ROBERT LURCH

ROBERT LURCH

BKDC

## Health Home Information
**Health Home Lookup Date:** 08/28/2019
**Health Home Agency:** Coordinated Behavioral Care Inc
**Health Home Status:** Outreach
**Active or Inactive:** Inactive

**Electronically signed by Shanika Ewart-Ashfaq on 08/28/2019 at 3:48 PM**

**08/28/2019 - Nursing: NU - Wound Care**
**Provider: Bernadette James**
**Location of Care: Correctional Health Services**

## NU - Wound Care

ROBERT LURCH

BKDC

## Wound Care 1
**Description (Wound 1):** Other
**Please describe other kind of wound (Wound 1):** HEALING LACERATION
**Location (Wound 1):** Anterior, Face, RIGHT SIDE
**Drainage (Wound 1):** None, Scant, Serosanguinous
**Wound Bed (Wound 1):** Granulation tissue
**Pain  (Wound 1):** At site, Decreasing, Only when touched

## Wound Care Flowsheet



**Correctional Health Services**

Central Operations, 10-01 Hazen Street, East Elmhurst, NY 11370, (347) 774-7000

| **PATIENT NAME:** ROBERT LURCH | **LATEST BOOK AND CASE#:** 1411904511 |
|---|---|
| **NYSID:** 12684777N | **PATIENT FACILITY:** EMTC |

---

**08/29/2019 - Nursing: NU - Vital Signs**
**Provider: Bernadette James**
**Location of Care: Correctional Health Services**

## NU - VITAL SIGNS

**Previous Height:** 69 (08/18/2019 10:13:17 AM)   **Previous Weight:** 153 (08/18/2019 10:13:17 AM)
**BMI:** 22.68   **Sitting BP:** 130 / 78
**Temperature:** 98.9   **Temperature site:** Oral
**Pulse rate:** 84   **Pulse rhythm:** Regular
**Respirations:** 16  **Respiration Type:** Regular
   **Pulse Ox%** 99   **Room Air:** Yes **Vital Signs Notes:** VITALS PERFORMED FOR THIS WOUND CARE
ORDER RESOLUTION.  B.JAMES,LPN

---

**Electronically signed by Bernadette James on 08/29/2019 at 2:54 PM**

---

**08/29/2019 - Nursing: NU - Wound Care**
**Provider: Kimberly Sue MD**
**Location of Care: Correctional Health Services**

## NU - Wound Care

ROBERT LURCH

BKDC

## Wound Care 1
**Description (Wound 1):** Other
**Please describe other kind of wound (Wound 1):** HEALED LACERATION WITH SCABBING
**Location (Wound 1):** Face, RIGHT SIDE
**Drainage (Wound 1):** None
**Wound Bed (Wound 1):** Granulation tissue
**Pain  (Wound 1):** None



**Correctional Health Services**

Central Operations, 10-01 Hazen Street, East Elmhurst, NY 11370, (347) 774-7000

| **PATIENT NAME:** | **LATEST BOOK AND CASE#:** |
|---|---|
| ROBERT LURCH | 1411904511 |
| **NYSID:** | **PATIENT FACILITY:** |
| 12684777N | EMTC |

## Patient Information
**Disposition:** Completed
**Additional Patient Documentation:** Request of nursing JAMES

## Wound Care Flowsheet

### NU - VITAL SIGNS
**Previous Height:** 69 (08/18/2019 10:13:17 AM)   **Previous Weight:** 153 (08/18/2019 10:13:17 AM)
**BMI:** 22.68   **Sitting BP:** 130 / 78
**Temperature:** 98.9   **Temperature site:** Oral
**Pulse rate:** 80   **Pulse rhythm:** Regular
**Respirations:** 16 **Respiration Type:** Regular
  **Pulse Ox%** 99   **Room Air:** Yes**Vital Signs Notes:** VITALS DONE FOR THIS WOUND CARE
RESOLUTION. B.JAMES, LPN

**Electronically signed by Kimberly Sue MD on 08/29/2019 at 2:59 PM**

---

**08/29/2019 - MH Psych Reevaluation: MH - Psychiatry – Medication Reevaluation**
**Provider: Danielle Kushner MD**
**Location of Care: Correctional Health Services**

## MH - Psychiatry - Medication Reevaluation
**Patient:**
ROBERT LURCH
**DOB:**
11/28/1990
**Age:**
28 Years Old
**Book & Case #:**
1411904511
**NYSID:**
12684777N
**Facility:**
BKDC
**Housing Area:**
4B

"EXHIBIT B"

Medical Treatment of Prisoner

Records

"Documenting Injuries caused by Younus Ahmed and Fadhle Alsulaimani but Fails to List the officer who actually escorted the Plaintiff to Kings County hospital In an ambulance and also omits the Insuries the Plaintiff described that officer caused (The escorting officer was a white male with his Last name starting with M and It wasn't the arresting officer by the name of McDuffie who arrived when the Plaintiff was already at the hospital)"

**MEDICAL TREATMENT OF PRISONER**
PD 244-150 (Rev. 02-18)

| | | CAD No. | Medical Treatment of Prisoner No. |
|---|---|---|---|
| | | | 2019 - 81 - 219 |
| T.R.I. Incident No. | AED/CPR Log No. | Naloxone/Narcan Log No. | Date 8/17/19 |

**SECTION I — TO BE COMPLETED BY ARRESTING/ESCORTING OFFICER**

Name: Urych, Robert    Age:    Sex: M

Address: 541 East 197th Street    Zip Code: 10455    Age: 9    Telephone No.

Arresting/Escorting Officer: Williams, Duffie    Shield No. 15305    Tax No. 966282    Command: C81

Arrest No. K19642210Z    Charge: PL 120.001/Assault / PL 145.001 Crim Mis

Method of Use

Prisoner Requested: Yes    Type of Aid: Medical    Prisoner Refused: Yes    Date 8/17/19    Time 1530

Taken to Hospital (Name): BCH    Date 8/17/19    Time 23A    Via: EMT Girlando

Returned From Hospital: Date 8/17/19    Time 0730    Lacerations

Remarks: Adult male Prisoner complained of pain prior to arrest. Suffered injuries to left hand, laceration to left Elbow, left wrist and head...

EMT: Girlando    2405 8/17/19

**SECTION II**

Admitted to Hospital: Yes/No    Medication Prescribed    Medication to be taken as Prescribed

Physician Name: Karen Benjamin    Title: MD    Date 8/17/19    Time 2:57

Escort/Desk Officer: P.O. Oliver Santiago    Court Section 20S    Date 8/17/19    Time 1932

NOTE: A PHOTO COPY OF THIS FORM MAY BE PROVIDED UPON REQUEST TO HEALTH AND HOSPITAL CORPORATION (HHC) PERSONNEL.

Form 330-ADM-CC(rev 11)

State of New York
COMMISSION OF CORRECTION
Office of Mental Health

## SUICIDE PREVENTION SCREENING GUIDELINES

| DETAINEE'S NAME | SEX | DATE OF BIRTH | MOST SERIOUS CHARGES | DATE | TIME |
|---|---|---|---|---|---|
| Curd, Robert | M | 4/28/70 | VOP | 8/7/19 | 2354 |

| NAME OF FACILITY | NAME OF SCREENING OFFICER | Goes detainee here prior ADM 330 on file. YES ☐ If yes, review   NO ☐ |
|---|---|---|
| CCF | Chavange | |

| Book and Case # | Check appropriate column for each question | NYSID # 12684 mmm |
|---|---|---|

| | Column A YES | Column B NO | General Comments/Observations All "YES" Responses Require Note to Document |
|---|---|---|---|
| **OBSERVATIONS OF ARRESTING/TRANSPORTING OFFICER** | | | |
| 1.  Arresting or transporting officer believes or has received information that detainee may be a suicide risk. If YES, notify supervisor. | ■ No Family Friends | / | |
| **PERSONAL DATA** | | | |
| 2. ... has no support of family or friends in the community. | | / | |
| 3. ... significant loss within the last six months (relationship, death of close family member). | | / | |
| 4. ... has major problems other than legal situation (family problems, a medical condition or fear of losing job). | | / | |
| 5. ... significant other (spouse, parent, close friend, lover) ... suicide. | | / | |
| 6. ... drug or alcohol abuse. (Note drug and when last used.) | | / | |
| 7. ... counseling or mental health evaluation/treatment. (List medications and name of most recent treatment agency.) | | / | |
| 8. ... EXTREME embarrassment, shame, or feelings of humiliation, ... incarceration (i.e. Are you worried arrest/incarceration will cause ... family)? If YES, notify supervisor. | ■ | / | |
| 9. ... is killing self. | | / | |
| If YES ... | | | |
| 10a. Detainee has previous suicide attempt. (Explore method and check for scars.) | | / | |
| b. Attempt occurred within last year. If YES, notify supervisor. | ■ | / | |
| 11. Detainee is expressing feelings of hopelessness (nothing to look forward to). If YES, notify supervisor. | | / | |
| 12. This is detainee's first incarceration in lockup/jail. | | / | |
| **BEHAVIOR/APPEARANCE** | | | |
| 13. Detainee shows signs of depression (e.g., crying, emotional flatness). | | / | |
| 14. Detainee appears overly anxious, panicked, afraid or angry. | | / | |
| 15. Detainee is displaying unusual behaviors or is acting and/or talking in a strange manner. (e.g., cannot focus attention, hearing or seeing things which are not there). | | / | |
| 16a. Detainee is apparently under the influence of alcohol or drugs. | | / | |
| b. Detainee self reports or is showing signs of withdrawal from alcohol or drugs. | | / | |
| c. Detainee is incoherent, disoriented, or showing signs of mental illness. If YES to b or c, notify supervisor. | ■ | / | |

**TOTAL Column A** ___ 0

Officer's Comments / Impressions

*Reviewed*
YVES DUVERNE-BRAS

**ACTION**
If total checks in Column A are 6 or more, or any shaded box is checked, or if you feel it is necessary, institute constant supervision and notify supervisor.

Constant Supervision Instituted:   YES ___   NO ✔

Supervisor Notified:   YES ✔   NO ___

|   | EMERGENCY | NON-EMERGENCY |
|---|---|---|
| Detainee Referred to Medical/Mental Health   YES ___ NO ___   If YES: | medical ___ | medical ___ |
| | mental health ___ | mental health ___ |

Signature and Badge Number of Screening Officer:   Chavg 91864

Signature and Badge Number of Supervisor: (if required)

WHITE: (Facility File)          YELLOW: (Medical/MH Referral or Facility Transfer)          Over

NYCHHC(NYCDOC
Health clinic

"Exhibit C"

NYCDOC Health clinic records

"Establishing Kings County hospital discharge records that were transferred to the custody of NYCDOC healthcare professionals gives off the false impression to these professionals that CT scans and x-rays were done on the plaintiff. These procedures were not done and only written in the Plaintiff's medical records from Kings County hospital because due to the severity of the injuries the plaintiff sustained, these test were suppose to be conducted.

Aug

2019



**Central Operations, 10-01 Hazen Street, East Elmhurst, NY 11370, (347) 774-7000**

| **PATIENT NAME:** | **LATEST BOOK AND CASE#:** |
|---|---|
| ROBERT LURCH | 1411904511 |
| **NYSID:** | **PATIENT FACILITY:** |
| 12684777N | EMTC |

---

**08/20/2019 - Nursing:  " I NEED WOUND CARE FOR THE WOUND ON MY FOREHEAD."**
**Provider: Kimberly Sue MD**
**Location of Care: Correctional Health Services**

### NU - VITAL SIGNS
**Previous Height:** 69 (08/18/2019 10:13:17 AM)   **Previous Weight:** 153 (08/18/2019 10:13:17 AM)
**BMI:** 22.68  **Sitting BP:**  109 / 68
**Temperature:** 97.8    **Temperature site:**  Oral
**Pulse rate:** 62    **Pulse rhythm:**  Regular
**Respirations:** 15  **Respiration Type:**  Regular
  **Pulse Ox%**  99   **Room Air:**  Yes**Vital Signs Notes:** VITALS PERFORMED BY B.JAMES, LPN

### MED - Sick Call Visit
Chief Complaint/Reason for Visit: **" I NEED WOUND CARE FOR THE WOUND ON MY FOREHEAD."**
History of Present Illness: **28M requesting wound care order for small right laceration on forehead**
**reportedly from getting hit in the head with a bat on Friday 8/16/19. Pt reports history of going to**
**King's County where he was reportedly sutured and CT/X-ray head were done. Pt does not know**
**the results of these. He states he was no given pain medication or wound care since he has been**
**incarcerated. Requesting wound care order.**

### MED - Physical Examination
General
**General Appearance:** Well-developed, Well-Hydrated, Appears stated age, Thin
**General Examination Notes:** Increasingly agitated and angry throughout the exam process
**HEENT: Notes** 2cm abrasion visible above right eye, c/d/i, scant blood
Mental Status
**Mood & Affect:**  Agitated

### Assessment and Plan
**Assessment and Plan**
**Problem # 1:**
Laceration without foreign body of unspecified part of head - initial encounter (ICD-873.8) (ICD10-
S01.91xA)
Pt beccame extremely agitated, asking for wound care order at request of LPN James
- will place wound care order to clean and apply dry dressing x 5 days

Pt agitated,wanting to take/write the names of previous providers down, when upon review of notes that



**NYC HEALTH+ HOSPITALS | Correctional Health Services**

Central Operations, 10-01 Hazen Street, East Elmhurst, NY 11370, (347) 774-7000

| PATIENT NAME: | LATEST BOOK AND CASE#: |
|---|---|
| ROBERT LURCH | 1411904511 |
| **NYSID:** | **PATIENT FACILITY:** |
| 12684777N | EMTC |

his head CT and x-ray were reproted negative from King's County, pt became extremely agitated, wanting to take down names of this provider and previous providers, for his attorney, pt was instructed to call 311 or to call his attorney.
Visit terminated with help of CO

**Allergy Review** * HALADOL (Critical)

Allergies reviewed: **YES**

**Summary**
Added new Service order of Nursing Order - Wound Care (WOUNDCARE) - Signed
**Existing Meds**
IBUPROFEN 400 MG (MOTRIN 400 MG) (IBUPROFEN) 400 mg twice a day; Route: ORAL

**Electronically signed by Kimberly Sue MD on 08/20/2019 at 1:21 PM**

**08/20/2019 - MH Initial MH Asmt and Tx Plan: MH - Initial Mental Health Assessment and Treatment Plan**
**Provider: Bianca Morisset**
**Location of Care: Correctional Health Services**

**MH - Initial Mental Health Assessment and Treatment Plan**
**Patient:**
ROBERT LURCH
**DOB:**
11/28/1990
**Age:**
28 Years Old
**Book & Case #:**
1411904511
**NYSID:**
12684777N
**Facility:**



Central Operations, 10-01 Hazen Street, East Elmhurst, NY 11370, (347) 774-7000

| PATIENT NAME:<br>ROBERT LURCH | LATEST BOOK AND CASE#:<br>1411904511 |
|---|---|
| NYSID:<br>12684777N | PATIENT FACILITY:<br>EMTC |

(INITIALMH) - Signed

**Electronically signed by Genette Willis on 08/18/2019 at 1:06 PM**

**08/18/2019 - PSYCKES Information: MR - PSYCKES Information**
**Provider: Elizabeth Ogaldez**
**Location of Care: Correctional Health Services**

**Form Name:** MR - PSYCKES Information
**Form Obs:** MR - PSYCKES Information

## MR - PSYCKES Information

ROBERT LURCH

BKDC

### PSYCKES Information
**PSYCKES Consent:** Yes
**PSYCKES Consent Date:** 08/18/2019

**Electronically signed by Elizabeth Ogaldez on 08/27/2019 at 11:49 AM**

**08/18/2019 - Healthix Information: MR - Healthix Bx RHIO Info**
**Provider: Elizabeth Ogaldez**
**Location of Care: Correctional Health Services**

**Form Name:** MR - Healthix Bx RHIO Info
**Form Obs:** MR - Healthix Bx RHIO Info

## MR - Healthix (Bronx RHIO) Information

ROBERT LURCH



**Correctional Health Services**

Central Operations, 10-01 Hazen Street, East Elmhurst, NY 11370, (347) 774-7000

| PATIENT NAME: | LATEST BOOK AND CASE#: |
|---|---|
| ROBERT LURCH | 1411904511 |
| **NYSID:** | **PATIENT FACILITY:** |
| 12684777N | EMTC |

**330 Suicide Prevention** 330 Suicide Prevention Form reviewed by intake clinician? **Yes**
Form 330 score on intake: **0**
Any shaded boxes checked? **No**
Any other major medical conditions not described? **No**

Community Medication Fill History Results: **PT. NOT FOUND (08/18/2019 10:13:17 AM)**
Medications patient is currently taking (as reported by patient previously): **PT. STATES: NO
MEDICATION (08/18/2019 10:13:17 AM)**
What medications are you taking (patient reported): **Denies**

Explained to patient how to access their medications in the Housing Area **Yes**

**Form Obs:** INT - Step 3 - Physical Exam

## INT - Step 3 - Physical Examination
General
**General Appearance:** No Acute Distress
**General Examination Notes:** Patient states that he was assaulted with a baseball bat prior to
incarceration and sustained injuries to his head and extremities. He was treated in ED at King's County
hospital and released. Head CT and X-rays are negative per patient.
He c/o musculoskeletal pain at this time. He denies headache/LOC/visual changes.
HEENT
**HEENT: Eyes** PERRLA, EOMI
Skin
**Skin Notes:** Superficial laceration closed with dermabound on Rt. forehead; 1cm vertical laceration
closed with absorbable sutures on Lt. forehead; bruises on Lt. forearm; abrasion with scabs on both knees
Chest
**Chest Notes:** normal diaphragmatic excursion
Neck
**Neck:** Supple, No lymphadenophaphy
Respiratory
**Auscultation:** Clear to auscultation bilaterally
Cardiovascular
**Auscultation:** RRR, Normal S1 + S2
Gastrointestinal
**Abdomen:** Soft, Non-tender, Non-distended, Normal bowel sounds
**Liver & Spleen:** No hepatosplenomegaly
Male Genitourinary
**Penis:** Other
**Other:** Refused genital exam
Lymphatic
**Lymphatic Notes:** no adenopathy

NYCHHC (NYCDOC
Health clinic

"EXhibit D"

correctional Health services record

"Establishing the physcian that treated the plaintiff
at kings county hospital failed to prescribe the plain-
tiff any medication while he was In their custody even
though they documented that he suffered Injuries that
causes pain"

Because why wasn't the plaintiff taking any medication
after he was already seen at kings county hospital for
the same Injories that NyCDOC health clinic professionals
examined him for and deemed that It was necessary that
the plaintiff be prescribed pain medication for his in-
juries.

Aug

2019



**NYC HEALTH+HOSPITALS** | **Correctional Health Services**

Central Operations, 10-01 Hazen Street, East Elmhurst, NY 11370, (347) 774-7000

| **PATIENT NAME**: | **LATEST BOOK AND CASE#**: |
|---|---|
| ROBERT LURCH | 1411904511 |
| **NYSID**: | **PATIENT FACILITY**: |
| 12684777N | EMTC |

Gender Identity: **Male**
Gender pronouns: **he - him - his**
Accepting intake process? **Yes**
Type of Medical Intake? **Adult Male**

## INT - Step 1 - Adult Male Intake
Patient: **ROBERT LURCH**  DOB: **11/28/1990**
BooknCase #: **1411904511**  NYSID:**12684777N**
Facility: **BKDC**  Housing Area:
**RR**
**Demographics**
Comfortable with English?**Yes**
Military service?**No**
Where living now?**Private home**
**Community Medication Fill History**
Community fill checked?**Yes**  Comm Fill Results:**PT. NOT FOUND**
Meds taking now:**PT. STATES: NO MEDICATION**

**Allergies**
Previously documented allergies:**\* HALADOL (Critical)**

Allergies reported:**Added new allergy or adverse reaction of \* HALADOL (Critical)**

**330 Suicide Prevention Form**
330 Form present?**Yes**

**Medicaid Interest at Intake?**
Wants Medicaid?**Yes**
40 or older?**No**  DM, HTN, Methadone?**Yes**

**Weight (lbs):** 153
**Height (inches):** 69

BP Position: **Sitting**
mm Hg
BP: **118 / 77**mm Hg
mm Hg
Temperature: **98.0 ba**F Temperature site: **Oral**
Pulse rate: **57** Pulse rhythm: **Regular**

Respirations: **16** Respiration Type: **Regular**



NYC
HEALTH+
HOSPITALS | **Correctional Health Services**

Central Operations, 10-01 Hazen Street, East Elmhurst, NY 11370, (347) 774-7000

| PATIENT NAME:<br>ROBERT LURCH | LATEST BOOK AND CASE#:<br>1411904511 |
|---|---|
| NYSID:<br>12684777N | PATIENT FACILITY:<br>EMTC |

Added new medication of IBUPROFEN 400 MG (MOTRIN 400 MG) (IBUPROFEN) 400 mg stat dose;
Route: ORAL Indications: MUSCULOSKELETAL PAIN - Signed
Added new medication of IBUPROFEN 400 MG (MOTRIN 400 MG) (IBUPROFEN) 400 mg twice a day;
Route: ORAL Indications: MUSCULOSKELETAL PAIN - Signed
Rx of IBUPROFEN 400 MG (MOTRIN 400 MG) (IBUPROFEN) 400 mg stat dose; Route: ORAL  #1
DOSE x 0;  Signed;  Entered by: Yves Duverne PA;  Authorized by: Yves Duverne PA;  Method used: Print
then Give to Patient; Note to Pharmacy: Route: ORAL;
Rx of IBUPROFEN 400 MG (MOTRIN 400 MG) (IBUPROFEN) 400 mg twice a day; Route: ORAL  #8 x 0;
Signed;  Entered by: Yves Duverne PA;  Authorized by: Yves Duverne PA;  Method used: Print then Give
to Patient; Note to Pharmacy: Route: ORAL;

## Disposition

**Identifiers** Select a disposition: **Return to Current Housing**

## ALL - Disposition

**Identifiers** Select a disposition: **Return to Current Housing**

**Electronically signed by Yves Duverne PA on 08/18/2019 at 11:56 PM**

**08/18/2019 - Medical Intake Step 1: INT - Step 1 - Intake Intro: Adult Male**
**Provider: Onica Charles**
**Location of Care: Correctional Health Services**

## Medical Intake Step 1
Patient: **ROBERT LURCH**  DOB: **11/28/1990**  Age**28 Years Old**
BooknCase #: **1411904511**  NYSID:**12684777N**
Facility: **BKDC**  Housing Area: **RR**

**The following form is being filled out by:** Onica Charles August 18, 2019 10:13 AM

**Patient Demographics (from IIS) - for confirmation**
Patient Address: **2 RADDE PL, 3F**
City: **BROOKLYN**



**NYC HEALTH+HOSPITALS | Correctional Health Services**

Central Operations, 10-01 Hazen Street, East Elmhurst, NY 11370, (347) 774-7000

| PATIENT NAME: | LATEST BOOK AND CASE#: |
|---|---|
| ROBERT LURCH | 1411904511 |
| **NYSID:** | **PATIENT FACILITY:** |
| 12684777N | EMTC |

**08/18/2019 - Nursing: NU - Stat Medication Administration**
**Provider: Kinniece Pearson**
**Location of Care: Correctional Health Services**

**Form Name** NU - Stat Medication Administration
**Form Obs:** NU - Stat Medication Administration

## NU - Stat Medication Administration

ROBERT LURCH

BKDC
**Book and Case:**
1411904511
**NYSID:**
12684777N
**DOB:**
11/28/1990
**Medication Given:** ibuprofen
**Medication Route:** Oral
**Given By:** Kinniece Pearson August 18, 2019 1:50 PM
**Medication Dose:** 400 mg
**Prescribing Provider:** PA Duverne
**Time Administered:** 1130 am

**Electronically signed by Kinniece Pearson on 08/18/2019 at 1:51 PM**

**08/18/2019 - Chart Maintenance: Sc scheduled for Mack 08/19/19**
**Provider: Genette Willis MH Clerk**
**Location of Care: Correctional Health Services**

## Clinical Lists Changes

**Orders:**
Added new Service order of MH Order - Initial Mental Health Assessment and Treatment Plan

NYCH#C (NYCDOC
Health clinic)

"Exhibit E"

NYCDOC Health clinic medical records

"showing evidence that the Plaintiff suffered
Pain from Injuries related to this Incident
For a duration OF 1 month or more".

Aug

Sept

2019



NYC HEALTH + HOSPITALS | **Correctional Health Services**

Central Operations, 10-01 Hazen Street, East Elmhurst, NY 11370, (347) 774-7000

| PATIENT NAME: | LATEST BOOK AND CASE#: |
|---|---|
| ROBERT LURCH | 1411904511 |
| NYSID: | PATIENT FACILITY: |
| 12684777N | EMTC |

Gender Identity: **Male**
Gender pronouns: **he - him - his**
Accepting intake process? **Yes**
Type of Medical Intake? **Adult Male**

### INT - Step 1 - Adult Male Intake
Patient: **ROBERT LURCH**  DOB: **11/28/1990**
BooknCase #: **1411904511**  NYSID:**12684777N**
Facility: **BKDC**  Housing Area:
**RR**
**Demographics**
Comfortable with English?**Yes**
Military service?**No**
Where living now?**Private home**
**Community Medication Fill History**
Community fill checked?**Yes**  Comm Fill Results:**PT. NOT FOUND**
Meds taking now:**PT. STATES: NO MEDICATION**

**Allergies**
Previously documented allergies:* **HALADOL (Critical)**

Allergies reported:**Added new allergy or adverse reaction of * HALADOL (Critical)**

**330 Suicide Prevention Form**
330 Form present?**Yes**

**Medicaid Interest at Intake?**
Wants Medicaid?**Yes**
40 or older?**No**  DM, HTN, Methadone?**Yes**

**Weight (lbs):**  153
**Height (inches):**  69

BP Position:  **Sitting**
mm Hg
BP:  **118**  / **77**mm Hg
mm Hg
Temperature:  **98.0** baF Temperature site:  **Oral**
Pulse rate:**57**  Pulse rhythm:  **Regular**

Respirations:  **16** Respiration Type:  **Regular**



NYC
HEALTH+
HOSPITALS | **Correctional Health Services**

Central Operations, 10-01 Hazen Street, East Elmhurst, NY 11370, (347) 774-7000

| **PATIENT NAME:** | **LATEST BOOK AND CASE#:** |
|---|---|
| ROBERT LURCH | 1411904511 |
| **NYSID:** | **PATIENT FACILITY:** |
| 12684777N | EMTC |

Added new medication of IBUPROFEN 400 MG (MOTRIN 400 MG) (IBUPROFEN) 400 mg stat dose;
Route: ORAL Indications: MUSCULOSKELETAL PAIN - Signed
Added new medication of IBUPROFEN 400 MG (MOTRIN 400 MG) (IBUPROFEN) 400 mg twice a day;
Route: ORAL Indications: MUSCULOSKELETAL PAIN - Signed
Rx of IBUPROFEN 400 MG (MOTRIN 400 MG) (IBUPROFEN) 400 mg stat dose; Route: ORAL  #1
DOSE x 0;  Signed;  Entered by: Yves Duverne PA;  Authorized by: Yves Duverne PA;  Method used: Print
then Give to Patient; Note to Pharmacy: Route: ORAL;
Rx of IBUPROFEN 400 MG (MOTRIN 400 MG) (IBUPROFEN) 400 mg twice a day; Route: ORAL  #8 x 0;
Signed;  Entered by: Yves Duverne PA;  Authorized by: Yves Duverne PA;  Method used: Print then Give
to Patient; Note to Pharmacy: Route: ORAL;

## Disposition

**Identifiers** Select a disposition: **Return to Current Housing**


## ALL - Disposition

**Identifiers** Select a disposition: **Return to Current Housing**




**Electronically signed by Yves Duverne PA on 08/18/2019 at 11:56 PM**

_____

**08/18/2019 - Medical Intake Step 1: INT - Step 1 - Intake Intro: Adult Male
Provider: Onica Charles
Location of Care: Correctional Health Services**


## Medical Intake Step 1
Patient: **ROBERT LURCH**  DOB: **11/28/1990**  Age**28 Years Old**
BooknCase #: **1411904511**  NYSID:**12684777N**
Facility: **BKDC**  Housing Area: **RR**

**The following form is being filled out by:** Onica Charles August 18, 2019 10:13 AM

**Patient Demographics (from IIS) - for confirmation**
Patient Address: **2 RADDE PL, 3F**
City: **BROOKLYN**



Central Operations, 10-01 Hazen Street, East Elmhurst, NY 11370, (347) 774-7000

| PATIENT NAME: | LATEST BOOK AND CASE#: |
|---|---|
| ROBERT LURCH | 1411904511 |
| **NYSID:** | **PATIENT FACILITY:** |
| 12684777N | EMTC |

**08/18/2019 - Nursing: NU - Stat Medication Administration**
**Provider: Kinniece Pearson**
**Location of Care: Correctional Health Services**

**Form Name** NU - Stat Medication Administration
**Form Obs:** NU - Stat Medication Administration

## NU - Stat Medication Administration

ROBERT LURCH

BKDC
**Book and Case:**
1411904511
**NYSID:**
12684777N
**DOB:**
11/28/1990
**Medication Given:** ibuprofen
**Medication Route:** Oral
**Given By:** Kinniece Pearson August 18, 2019 1:50 PM
**Medication Dose:** 400 mg
**Prescribing Provider:** PA Duverne
**Time Administered:** 1130 am

**Electronically signed by Kinniece Pearson on 08/18/2019 at 1:51 PM**

---

**08/18/2019 - Chart Maintenance: Sc scheduled for Mack 08/19/19**
**Provider: Genette Willis MH Clerk**
**Location of Care: Correctional Health Services**

## Clinical Lists Changes

**Orders:**
Added new Service order of MH Order - Initial Mental Health Assessment and Treatment Plan



**Correctional Health Services**

Central Operations, 10-01 Hazen Street, East Elmhurst, NY 11370, (347) 774-7000

| PATIENT NAME:<br>ROBERT LURCH | LATEST BOOK AND CASE#:<br>1411904511 |
|---|---|
| NYSID:<br>12684777N | PATIENT FACILITY:<br>EMTC |

**08/30/2019 - Emergency: MED - Emergency Response**
**Provider: Khin Kyu MD**
**Location of Care: Correctional Health Services**

**Form Name:** MED - Emergency Response
**Form Obs:** MED - Emergency Response

## MED - Emergency Response

ROBERT LURCH

BKDC
**Time of emergency call to clinic (Military Time):** 0715
**Time of housing area arrival (Military Time):** 0725
**Responding Team Members:** Dr.Kyu RN Levelle PCA Wright and PCA Green
**Location of emergency call:** Housing Area
**Nature of emergency (Chief Complaint):** pat claimed that he slipped and fall , can not move .He complained of back pain  and rt elbow pain.
He denied LOC , neck pain and dizziness.

* HALADOL (Critical)

Allergies reviewed: **YES**
**Assessment and Plan**
**Problem # 1:**
Injury - unspecified - initial encounter (ICD-959.9) (ICD10-T14.90xA) - New Problem
c/o LBP and rt elbow pain.

**Problem # 2:**
Musculoskeletal pain (ICD-729.1) (ICD10-M79.10)
IBU and f/up as needed.

**Summary**
**Added new problem of Injury, unspecified, initial encounter (ICD-959.9) (ICD10-T14.90xA)**
Added new medication of IBUPROFEN 800 MG (MOTRIN 800 MG) (IBUPROFEN) 800 mg by mouth bid;
Route: ORAL Indications: INJURY, UNSPECIFIED, INITIAL ENCOUNTER - Signed
Rx of IBUPROFEN 800 MG (MOTRIN 800 MG) (IBUPROFEN) 800 mg by mouth bid; Route: ORAL  #10 x



Central Operations, 10-01 Hazen Street, East Elmhurst, NY 11370, (347) 774-7000

| **PATIENT NAME:** ROBERT LURCH | **LATEST BOOK AND CASE#:** 1411904511 |
|---|---|
| **NYSID:** 12684777N | **PATIENT FACILITY:** EMTC |

Musculoskeletal
**Musculoskeletal Notes:** full ROM in all extremities, pulses 2+, no edema
Neurological
**Neurological Notes:** no focal deficits
Mental Status
**Judgement & Insight:** Good
**Orientation:** Oriented to person/place/time
**Mood & Affect:** Euthymic, Normal affect, No suicidal ideation, No homicidal ideation

## Assessment and Plan
### Assessment and Plan
**Problem # 1:**
Laceration without foreign body of unspecified part of head - initial encounter (ICD-873.8) (ICD10-S01.91xA) - New Problem
Patient is educated. Wound care instructions are given. F/U as needed.

**Problem # 2:**
Musculoskeletal pain (ICD-729.1) (ICD10-M79.10) - New Problem
Educated. F/U as needed.
Related Meds: Ibuprofen 400 mg (motrin 400 mg) 400 mg twice a day, Ibuprofen 400 mg (motrin 400 mg) 400 mg stat dose

## Allergy Review * HALADOL (Critical)

Allergies reviewed: **YES**

**Problem # 3:**
Unspecified nonpsychotic mental disorder (ICD-300.9) (ICD10-F99) - New Problem
Referred to mental health.

**Summary**
**Added new problem of Musculoskeletal pain (ICD-729.1) (ICD10-M79.10) - Signed**
**Added new problem of Laceration without foreign body of unspecified part of head, initial encounter (ICD-873.8) (ICD10-S01.91xA) - Signed**
**Added new problem of Unspecified nonpsychotic mental disorder (ICD-300.9) (ICD10-F99) - Signed**
**Assessed Laceration without foreign body of unspecified part of head, initial encounter as new - Signed**
**Assessed Unspecified nonpsychotic mental disorder as new - Signed**
Added new Referral order of Referral - Mental Health Routine (MHROUTINE) - Signed



NYC
HEALTH+
HOSPITALS | **Correctional Health Services**

Central Operations, 10-01 Hazen Street, East Elmhurst, NY 11370, (347) 774-7000

| **PATIENT NAME:** | **LATEST BOOK AND CASE#:** |
|---|---|
| ROBERT LURCH | 1411904511 |
| **NYSID:** | **PATIENT FACILITY:** |
| 12684777N | EMTC |

IBUPROFEN 800 MG (MOTRIN 800 MG) (IBUPROFEN) 800 mg by mouth bid; Route: ORAL
SERTRALINE HCL 50 MG (ZOLOFT 50 MG) (SERTRALINE HCL) 50 mg by mouth qhs; Route: ORAL
HYDROCORTISONE 1% OINTMENT 30 GM 30 GM (HC OINT 30 GM) (HYDROCORTISONE) topical to
affected area twice a day; Route: EXTERNAL

**New Medications:**
SERTRALINE HCL 50 MG (ZOLOFT 50 MG) (SERTRALINE HCL) 50 mg by mouth qhs; Route: ORAL

**Electronically signed by David Rosenberg MD on 09/04/2019 at 7:24 PM**

**09/04/2019 - MH Social Work Discharge Plan: MH - Social Work Discharge Plan**
**Provider: Brittany Vazquez**
**Location of Care: Correctional Health Services**

**Form Name:** MH - Social Work - Discharge Plan
**Form Obs:** MH - Social Work

## MH - Social Work - Discharge Plan

ROBERT LURCH

EMTC
**DOB:**
11/28/1990
**NYSID:**
12684777N
**Book and Case:**
1411904511

Reason for No Show:

## Release Date

If known release date, Indicate:

Known release date?



Central Operations, 10-01 Hazen Street, East Elmhurst, NY 11370, (347) 774-7000

| **PATIENT NAME:** | **LATEST BOOK AND CASE#:** |
|---|---|
| ROBERT LURCH | 1411904511 |
| **NYSID:** | **PATIENT FACILITY:** |
| 12684777N | EMTC |

## Assessment and Plan
**Problem # 1:**
Musculoskeletal pain (ICD-729.1) (ICD10-M79.10)
Related Meds: Ibuprofen 400 mg (motrin 400 mg) 800mg by mouth twice a day

## Summary
Added new medication of IBUPROFEN 400 MG (MOTRIN 400 MG) (IBUPROFEN) 800mg by mouth twice a day; Route: ORAL Indications: MUSCULOSKELETAL PAIN - Signed
Rx of IBUPROFEN 400 MG (MOTRIN 400 MG) (IBUPROFEN) 800mg by mouth twice a day; Route: ORAL  #1 x 0;  Signed;  Entered by: Iceyleen Cooper PA;  Authorized by: Iceyleen Cooper PA;  Method used: Handwritten; Note to Pharmacy: Route: ORAL;

## MED - Physical Examination
Musculoskeletal
**Musculoskeletal Notes:** Left forearm==> no edema, no tenderness, FROM , no deformity, no erythema

Last height: **69 (08/18/2019 10:13:17 AM)**Last Weight:  **153 (08/18/2019 10:13:17 AM)**

BP Position:  **Sitting**
mm Hg
BP:  **126  / 66**mm Hg
mm Hg
baF Pulse rate: **68**
Respirations:  **14**

Pulse Ox%  **99**

**Electronically signed by Iceyleen Cooper PA on 09/09/2019 at 1:04 PM**

---

**09/05/2019 - Mental Health: SPA**
**Provider: Amanda Braverman**
**Location of Care: Correctional Health Services**



## Correctional Health Services

Central Operations, 10-01 Hazen Street, East Elmhurst, NY 11370, (347) 774-7000

| PATIENT NAME:<br>ROBERT LURCH | LATEST BOOK AND CASE#:<br>1411904511 |
|---|---|
| NYSID:<br>12684777N | PATIENT FACILITY:<br>EMTC |

**09/11/2019 - MH PsychMeds Bridge: MH - PsychMeds Bridge**
**Provider: Anna Acee NP**
**Location of Care: Correctional Health Services**

**Form Name:** MH - PsychMeds Bridge
**Form Obs:** MH - PsychMeds Bridge

## MH - PsychMeds Bridge

ROBERT LURCH

EMTC
**DOB:**
11/28/1990
**NYSID:**
12684777N
**Book and Case:**
1411904511

## PsychMeds Bridge
**Reason patient is being bridged:** DOC-related event (such as lockdown or consecutive alarms)
**Number of previous consecutive bridges prior to this visit:** 0
**Current Medications:**
IBUPROFEN 400 MG (MOTRIN 400 MG) (IBUPROFEN) 800mg by mouth twice a day; Route: ORAL
SERTRALINE HCL 50 MG (ZOLOFT 50 MG) (SERTRALINE HCL) 50 mg by mouth qhs; Route: ORAL

**New Medications:**
SERTRALINE HCL 50 MG (ZOLOFT 50 MG) (SERTRALINE HCL) 50 mg by mouth qhs; Route: ORAL

**Electronically signed by Anna Acee NP on 09/11/2019 at 8:56 PM**

---

**09/11/2019 - Missed Visit: ALL - Missed Visit**
**Provider: Anna Acee NP**
**Location of Care: Correctional Health Services**



Central Operations, 10-01 Hazen Street, East Elmhurst, NY 11370, (347) 774-7000

| PATIENT NAME: | LATEST BOOK AND CASE#: |
|---|---|
| ROBERT LURCH | 1411904511 |
| NYSID: | PATIENT FACILITY: |
| 12684777N | EMTC |

**Form Name:** ALL - Missed Visit

## ALL - Missed Visit

ROBERT LURCH

EMTC

ROBERT LURCH

ROBERT LURCH

EMTC

## Missed Visit Type
**Missed Visit type?** PsychMeds
**The following services were missed (Psych Meds)** Psych Medication Re-Evaluation

## Missed Visit Comments
**Date of scheduled visit?** 09/11/2019
**What was the reason for missed visit?** Not Produced

**Electronically signed by Anna Acee NP on 09/11/2019 at 8:51 PM**

---

**09/09/2019 - Sick Call: FAST TRACK back pain/left forearm pain  from bat injury**
**Provider: Iceyleen Cooper PA**
**Location of Care: Correctional Health Services**

## MED - Sick Call Visit
FAST TRACK
Chief Complaint/Reason for Visit: **back pain/left forearm pain  from bat injury**
History of Present Illness: **28 y/o male indicates he was hit by a bat to left arm x 3 weeks ago. Pt
states he has intermittent pain, requesting pain medication.**

**HALDOL (Critical)**



**Correctional Health Services**

Central Operations, 10-01 Hazen Street, East Elmhurst, NY 11370, (347) 774-7000

| PATIENT NAME: | LATEST BOOK AND CASE#: |
|---|---|
| ROBERT LURCH | 1411904511 |

| NYSID: | PATIENT FACILITY: |
|---|---|
| 12684777N | EMTC |

## Patient Information

|  |  |  |  |  |
|---|---|---|---|---|
| **Name:** | ROBERT LURCH | | **Home Phone:** | |
| **Address:** | 2 RADDE PL, 3F | | **Work Phone:** | |
| | BROOKLYN, NY | 11223 | | |
| **Patient ID:** | 38604 | | **Fax:** | |
| **Birth Date:** | 11/28/1990 | | **Status:** | Active |
| **Gender:** | Male | | **Marital Status:** | Single |
| **Contact By:** | | | **Race:** | Black or African American |
| **Soc Sec No:** | | | **Language:** | |
| **Resp Prov:** | | | **Book and Case:** | 1411904511 |
| **Referred by:** | | | **Emp. Status:** | |
| **Email:** | | | **Sens Chart:** | No |
| **Home LOC:** | CHS Correctional Health Services | | **NYSID:** | 12684777N |

## Problems

Injury, unspecified, initial encounter (ICD-959.9) (ICD10-T14.90xA)
Other specified trauma- and stressor-related disorder (ICD-V62.89) (ICD10-F43.8)
Other specified disruptive impulse-control, and conduct disorder (ICD-312.89) (ICD10-F91.8)
Laceration without foreign body of unspecified part of head, initial encounter (ICD-873.8) (ICD10-S01.91xA)
Musculoskeletal pain (ICD-729.1) (ICD10-M79.10)

## Procedures

## Medications

SERTRALINE HCL 100 MG (ZOLOFT 100 MG) (SERTRALINE HCL) 100mg by mouth hs; Route: ORAL
RISPERIDONE - PSYCH 2 MG (RISPERDAL - PSYCH 2 MG) (RISPERIDONE) 2mg by mouth hs; Route: ORAL
IBUPROFEN 400 MG (MOTRIN 400 MG) (IBUPROFEN) 800 MG TWICW A DAY AS NEEDED; Route: ORAL
Last Refill:  #1 x 0,  09/17/2019, Bernard Chukwuneke MD
METHOCARBAMOL 500 MG (ROBAXIN 500 MG) (METHOCARBAMOL) 500 MG  TWICE A DAY AS NEEDED.;
Route: ORAL
Last Refill:  #1 x 0,  09/17/2019, Bernard Chukwuneke MD

## Immunizations

HEPATITIS B, Series  1, Not Given -  Patient decision,  8/18/2019

## Directives

## Allergies and Adverse Reactions

HALDOL (Critical)

## Services Due



**NYC HEALTH + HOSPITALS** | Correctional Health Services

Central Operations, 10-01 Hazen Street, East Elmhurst, NY 11370, (347) 774-7000

| **PATIENT NAME:** | **LATEST BOOK AND CASE#:** |
|---|---|
| ROBERT LURCH | 1411904511 |
| **NYSID:** | **PATIENT FACILITY:** |
| 12684777N | EMTC |

Report run by William Alvarez



**Correctional Health Services**

Central Operations, 10-01 Hazen Street, East Elmhurst, NY 11370, (347) 774-7000

| **PATIENT NAME:** <br> ROBERT LURCH | **LATEST BOOK AND CASE#:** <br> 1411904511 |
|---|---|
| **NYSID:** <br> 12684777N | **PATIENT FACILITY:** <br> EMTC |

**09/17/2019 - Nursing: NU-STAT/Injection Administration**
**Provider: Conroy Romans**
**Location of Care: Correctional Health Services**

**Form Name** NU - STAT/Injection Administration
**Form Obs:** NU - STAT/Injection Administration

## NU - STAT/Injection Administration
**Patient:**
ROBERT LURCH
**Facility:**
EMTC
**Book and Case:**
1411904511
**NYSID:**
12684777N
**DOB:**
11/28/1990
**Medication Given:** motrin
**Given By:** Conroy Romans  September 17, 2019
**Prescribing Provider:** MD Chukwuneke
**Assessment:** AOX3, respiratory rhythm even and unlabored, PERRLA, ambulate with steady gait.
Medicated per orders, no adverse reaction noted
**Medication Route:** Oral
**Medication Dose:** 800 mg
**Time Administered:** 7:18 PM
**Plan:** return to clinic as needed

**Electronically signed by Conroy Romans on 09/17/2019 at 7:20 PM**

---

**09/17/2019 - Sick Call: FAST TRACK BACK PAIN**
**Provider: Bernard Chukwuneke MD**
**Location of Care: Correctional Health Services**

## MED - Sick Call Visit
**FAST TRACK**
Chief Complaint/Reason for Visit: **BACK PAIN**



**Correctional Health Services**

Central Operations, 10-01 Hazen Street, East Elmhurst, NY 11370, (347) 774-7000

| **PATIENT NAME**:<br>ROBERT LURCH | **LATEST BOOK AND CASE#**:<br>1411904511 |
|---|---|
| **NYSID:**<br>12684777N | **PATIENT FACILITY:**<br>EMTC |

History of Present Illness: **PT PRESENTS TO THE CLINIC TO PAIN MDICATONS. HE STATED THAT PAIN MEDICATIONS HAS NOT WORKING**

**HALDOL (Critical)**

Allergies reviewed: **YES**
Specialty: **MEDICINE**
**Assessment and Plan**
**Problem # 1:**
Musculoskeletal pain (ICD-729.1) (ICD10-M79.10)
PT PRESETS TO THE CLINIC FOR THE RENEWAL OF PAIN MEDICATION. IBUPROFE 800 MG BID, ROBAXIN 500 MG BID ORDERD.

**Summary**
**Assessed Musculoskeletal pain as comment only - Signed**
Added new medication of IBUPROFEN 400 MG (MOTRIN 400 MG) (IBUPROFEN) 800MG STAT; Route: ORAL Indications: MUSCULOSKELETAL PAIN - Signed
Added new medication of IBUPROFEN 400 MG (MOTRIN 400 MG) (IBUPROFEN) 800 MG TWICW A DAY AS NEEDED; Route: ORAL Indications: MUSCULOSKELETAL PAIN - Signed
Added new medication of METHOCARBAMOL 500 MG (ROBAXIN 500 MG) (METHOCARBAMOL) 500 MG  TWICE A DAY AS NEEDED.; Route: ORAL - Signed
Rx of IBUPROFEN 400 MG (MOTRIN 400 MG) (IBUPROFEN) 800MG STAT; Route: ORAL  #1 x 0; Signed;  Entered by: Bernard Chukwuneke MD;  Authorized by: Bernard Chukwuneke MD;  Method used: Print then Give to Patient; Note to Pharmacy: Route: ORAL;
Rx of IBUPROFEN 400 MG (MOTRIN 400 MG) (IBUPROFEN) 800 MG TWICW A DAY AS NEEDED; Route: ORAL  #1 x 0;  Signed;  Entered by: Bernard Chukwuneke MD;  Authorized by: Bernard Chukwuneke MD;  Method used: Handwritten; Note to Pharmacy: Route: ORAL;
Rx of METHOCARBAMOL 500 MG (ROBAXIN 500 MG) (METHOCARBAMOL) 500 MG  TWICE A DAY AS NEEDED.; Route: ORAL  #1 x 0;  Signed;  Entered by: Bernard Chukwuneke MD;  Authorized by: Bernard Chukwuneke MD;  Method used: Handwritten; Note to Pharmacy: Route: ORAL;

**Electronically signed by Bernard Chukwuneke MD on 09/17/2019 at 7:14 PM**

**09/17/2019 - MH Psych Reevaluation: MH - Psychiatry – Medication Reevaluation**
**Provider: Christina Charles NP**